

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00031-CR

Frank Edwin **STEPHENSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000012
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's reply brief was due no later than December 12, 2022. Appellant has filed a first motion for extension of time regarding this filing and seeks a ten-day extension. We **GRANT** the motion. Appellant's reply brief, submitted on December 23, 2022, is deemed timely filed.

It is so **ORDERED** December 29, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT